## MAIRER v. OLMSTEAD and others.

*(Circuit Court, S. D. New York. April, 1885.)*

REMOVAL OF CAUSE—TIME OF REMOVAL—REPEAL OF REV. ST. § 639, CL. 2.

The second clause of section 639 of the Revised Statutes was repealed by the act of 1875.

Motion to Remand.

*J. D. McClelland,* for plaintiff.

*F. W. Angell,* for defendant.

WHEELER, J. The removal of this cause from the state court being after a term at which it could have been tried, and therefore too late

under the act of 1875, is sought to be sustained by the act of 1866, (subdivision 2 of section 639, Rev. St. U. S.) But that clause is held to be repealed by the act of 1875, (*Hyde* v. *Ruble*, 104 U. S. 407,) although it had been held otherwise previously, by various state and circuit courts.

Motion to remand granted.